

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-2-2005

# USA v. McCarty

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1665

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. McCarty" (2005). *2005 Decisions.* Paper 1259.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1259

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-1665

———

UNITED STATES OF AMERICA

v.

RYAN MCCARTY

Appellant

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 03-cr-00817)
District Judge: Honorable Robert B. Kugler

———

Argued November 2, 2004

Before: ALITO, FUENTES, and STAPLETON, Circuit Judges.

(Filed:  May 2, 2005)


Richard Coughlin
John H. Yauch (Argued)
Candace M. Hom
Federal Public Defender, District of New Jersey
972 Broad St., Fourth Floor
Newark, NJ 07102

ATTORNEYS FOR APPELLANT

Christopher J. Christie

George S. Leone
Gail R. Zweig
David B. Lat (Argued)
Office of the U.S. Attorney
970 Broad St.
Newark, NJ 07102-2535

ATTORNEYS FOR APPELLEE

————

OPINION OF THE COURT

FUENTES, Circuit Judge.

Ryan McCarty challenges his sentence for mail fraud and mail theft. He argues that his sentence violates the ex post facto clause of the Constitution, that one of the conditions of his supervised release is overly broad, and that he is entitled to resentencing under United States v. Booker, 543 U.S. __, 125 S. Ct. 738 (2005).

Having determined that issues with respect to Booker are best determined by the District Court in the first instance, we vacate the sentence and remand for resentencing in accordance with that opinion. Because we vacate the sentence, we do not reach McCarty's non-Booker sentencing challenges. We note, however, that any challenge to the conviction has been waived, and we therefore affirm the conviction.

_____

TO THE CLERK OF THE COURT:

Kindly file the foregoing opinion.


/s/ Julio M. Fuentes
Circuit Judge